IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>2001 FORD PICKUP TRUCK, )<br>VIN 1FTNX21SX1EB95137 )<br>)<br>Defendant. ) | Civil Action No. 06-0040 |

## ORDER OF COURT

AND NOW, this 20th day of March, 2006, upon consideration of the United States' Motion to Unseal,

IT IS HEREBY ORDERED that the United States' Verified Complaint for Forfeiture, all pleadings, orders, documents, docket entries and references in this forfeiture case be unsealed.

_____
United States District Judge