IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) )  Civil Action No. 06-0040 |
| 2001 FORD PICKUP TRUCK VIN 1FTNX21SX1EB95137, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 29th day of May, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the Defendant Vehicle that is the subject of the forfeiture action at Civil Action No. 06-0040 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Clerk shall mark this case closed.

_____ J.